# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE:

JORGE JESUS VALLEJOS  :     CHAPTER 13
DORA BERNARDITA CABRERA :

              Debtors.   :      CASE NO.: 17-55484-WLH

## POST CONFIRMATION MODIFICATION OF PLAN
## AND REQUEST FOR APPROVAL

Debtors proposes to modify the confirmed Chapter 13 plan in this case as set forth below and requests that this modification be approved.

## MODIFICATION OF PLAN

Debtors hereby modify the Chapter 13 Plan, which was confirmed by order of this Court on August 3, 2017, as follows:

    1.     Debtors hereby modify Paragraph 2 of the Plan as follows:

"**Plan Payments and Length of Plan**. Debtor will pay the sum of **$800.00 Monthly** to Trustee by ☐ Payroll Deduction(s) or by ☒ Direct Payment(s) for the applicable commitment period of **60** months, unless all allowed claims in every class, other than long-term claims, are paid in full in a shorter period of time. The term of this Plan shall not exceed sixty (60) months. *See* 11 U.S.C. §§ 1325(b)(1)(B) and 1325(b)(4). Each pre-confirmation plan payment shall be reduced by any pre-confirmation adequate protection payment(s) made pursuant to Plan paragraph 6(A)(i) and § 1326(a)(1)(C)."

The amended Chapter 13 Plan payment amount shall be effective retroactively commencing with the April 2018 payment.

    2.     Debtors hereby modify Paragraph 7 of the Plan as follows:

"**Unsecured Claims**. Debtor estimates that the total of general unsecured debt not separately classified in Plan paragraph 10 is $ **130,740.00** . After all other classes have been paid, Trustee will pay to the creditors with allowed general unsecured claims a pro rata share of $ **36,500.00** or **0** %, whichever is greater. Trustee is authorized to increase this dollar amount or percentage, if necessary, in order to comply with the applicable commitment period stated in paragraph 2 of this Plan."

    3.     Debtors hereby delete Paragraph 10(H) of the Plan which provides the following:

"In addition to the monthly Chapter 13 Plan payment, Debtors shall pay into their Case up to $4,000.00 of bonus income each calendar year during the pendency of their Case. Notwithstanding the foregoing, Debtors shall pay into their Case up to $2,000.00 of bonus income for calendar year 2017."

   This Plan modification (i) decreases the monthly plan payment from $1170.00 down to $800.00; (ii) reduces the pool to be paid to general unsecured creditors from $55,000.00 down to $36,500.00; and (iii) deletes Paragraph 10(H) from the Plan. Since the filing of this case, Debtors have had a reduction in income and it is no longer feasible for Debtors to pay their original confirmed monthly plan payment of $1170.00 per month or contribute their bonus income as was required under Paragraph 10(H) of the confirmed Plan.

   Respectfully submitted this 27th day of March, 2018.

                /s/
               Howard P. Slomka
               Georgia Bar #652875
               Attorney for the Debtor
               Slipakoff & Slomka, PC
               Overlook III
               2859 Paces Ferry Rd, SE
               Suite 1700
               Atlanta, GA 30339

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE:

| | | |
|---|---|---|
| JORGE JESUS VALLEJOS | : | CHAPTER 13 |
| DORA BERNARDITA CABRERA | : | |
| | : | |
| Debtors. | : | CASE NO.: 17-55484-WLH |
| | : | |

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

___/s/_____
JORGE JESUS VALLEJOS


___/s/_____
DORA BERNARDITA CABRERA


This 27th day of March, 2018


Penalty of making false statement or concealing property:
Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. '152 and '3571.

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

JORGE JESUS VALLEJOS  : CHAPTER 13
DORA BERNARDITA CABRERA :
:
Debtors. : CASE NO.: 17-55484-WLH
:

### NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN, DEADLINE FOR FILING WRITTEN OBJECTIONS AND HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED

**To: Creditors and Other Parties in Interest**

**PLEASE TAKE NOTICE** Debtors have filed and served on you a proposed modification to the confirmed Plan in this case. Pursuant to rule 3015(g) of the federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court on or before the following deadline.

**DEADLINE FOR FILING OBJECTION:** Twenty-four (24) days after the date on which this proposed Modification was filed, April 20, 2018. If the twenty-fourth day after the date of filing falls on a weekend or holiday, the deadline is extended to the next business day.

**PLACE OF FILING: Clerk, U.S. Bankruptcy Court, Room 1340, Richard B. Russell Building, 75 Ted Turner Drive South West, Atlanta, Georgia 30303.**

If you mail an objection to the court for filing, you must mail it early enough so the Court will receive it on or before the deadline stated above.

You must also serve a copy on the undersigned at the address stated below and on Debtors at:

Jorge Jesus Vallejos and Dora Bernardita Cabrera
2243 Bedstone Dr
Buford, GA 30518

**PLEASE TAKE FURTHER NOTICE** that if an objection to the proposed Modification is timely filed, the Court will hold a hearing on the Modification in Courtroom 1403, Richard B. Russell Building, 75 Ted Turner Drive SW, Atlanta, Georgia 30303 at 2:00 P.M. on April 25, 2018.

Respectfully submitted this 27th day of March, 2018.

                                                                          _____/s/_____
                                                                    Howard P. Slomka
                                                                    Georgia Bar #652875
                                                                    Attorney for the Debtor
                                                                    Slipakoff & Slomka, PC
                                                                    Overlook III
                                                                    2859 Paces Ferry Rd, SE
                                                                    Suite 1700
                                                                    Atlanta, GA 30339

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE:

| | | |
|---|---|---|
| JORGE JESUS VALLEJOS | : | CHAPTER 13 |
| DORA BERNARDITA CABRERA | : | |
| | : | |
| Debtors. | : | CASE NO.: 17-55484-WLH |
| | : | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing Modification of Confirmed Plan, in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Nancy J. Whaley, 13 Trustee (served via ECF)
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

Jorge Jesus Vallejos and Dora Bernardita Cabrera
2243 Bedstone Dr
Buford, GA 30518

SEE ATTACHED FOR A LIST OF ADDITIONAL CREDITORS

DATE: March 27, 2018

_____/s/_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339

```
Label Matrix for local noticing          Access Management Group              American Express Bank, FSB
113E-1                                   1100 Northmeadow Pkwy                c/o Becket and Lee LLP
Case 17-55484-wlh                        Suite 114                            PO Box 3001
Northern District of Georgia             Roswell, GA 30076-3871               Malvern  PA 19355-0701
Atlanta
Tue Mar 27 12:24:49 EDT 2018

(p)AMERICAN HONDA FINANCE                Amex                                 Bank of America, N.A.
P O BOX 168088                           P.o. Box 981537                      P O Box 982284
IRVING TX 75016-8088                     El Paso, TX 79998-1537               El Paso, TX 79998-2284


(p)BANK OF AMERICA                       Dora Bernardita Cabrera              (p)CAPITAL ONE
PO BOX 982238                            2243 Bedstone Dr                     PO BOX 30285
EL PASO TX 79998-2238                    Buford, GA 30518-2287                SALT LAKE CITY UT 84130-0285


Capital One, N.A.                        Carrington Mortgage Se               Carrington Mortgage Services, LLC
c/o Becket and Lee LLP                   1600 S Douglass Rd Ste 2             1600 South Douglass Road
PO Box 3001                              Anaheim, CA 92806-5951               Anaheim, CA 92806-5951
Malvern PA 19355-0701


Carrington Mortgage Services, LLC, its assig   Chase Card                    Citi
c/o Prober & Raphael, A Law Corp.              Po Box 15298                  Po Box 6241
20750 Ventura Blvd., Suite 100                 Wilmington, DE 19850-5298     Sioux Falls, SD 57117-6241
Woodland Hills, CA 91364-6207


(p)CITIBANK                              (p)GEORGIA DEPARTMENT OF REVENUE     IRS
PO BOX 790034                            COMPLIANCE DIVISION                  401 W Peachtree St, NW
ST LOUIS MO 63179-0034                   ARCS BANKRUPTCY                      Stop:  334-D
                                         1800 CENTURY BLVD NE SUITE 9100      Atlanta, GA 30308-3539
                                         ATLANTA GA 30345-3202

Internal Revenue Service                 Kohls/capone                         LVNV Funding, LLC its successors and assigns
PO Box 7346                              N56 W 17000 Ridgewood Dr             assignee of Citibank, N.A.
Philadelphia, PA 19101-7346              Menomonee Falls, WI 53051-7096       Resurgent Capital Services
                                                                              PO Box 10587
                                                                              Greenville, SC 29603-0587

Midland Funding, LLC                     Nationwide Credit, Inc.              Ntb/cbna
Midland Credit Management, Inc. as       PO Box 26314                         Po Box 6497
agent for Midland Funding, LLC           Lehigh Valley, PA 18002-6314         Sioux Falls, SD 57117-6497
PO Box 2011
Warren, MI 48090-2011

PRA Receivables Management, LLC          (p)PORTFOLIO RECOVERY ASSOCIATES LLC Dean R. Prober
PO Box 41021                             PO BOX 41067                         Prober & Raphael, A Law Corporation
Norfolk, VA 23541-1021                   NORFOLK VA 23541-1067                Suite 100
                                                                              20750 Ventura Blvd.
                                                                              Woodland Hills, CA 91364-6207

Quantum3 Group LLC as agent for          Howard P. Slomka                     Syncb/belk
MOMA Funding LLC                         Slipakoff & Slomka, PC               Po Box 965028
PO Box 788                               Overlook III - Suite 1700            Orlando, FL 32896-5028
Kirkland, WA  98083-0788                 2859 Paces Ferry Rd, SE
                                         Atlanta, GA 30339-6213
```

Syncb/brandsmart
C/o Po Box 965036
Orlando, FL 32896-0001

Syncb/care Credit
950 Forrer Blvd
Kettering, OH 45420-1469

Syncb/hh Gregg
C/o Po Box 965036
Orlando, FL 32896-0001

Syncb/jc Penney Dc
Po Box 965007
Orlando, FL 32896-5007

Syncb/lowes
Po Box 956005
Orlando, FL 32896-0001

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Td Bank Usa/targetcred
Po Box 673
Minneapolis, MN 55440-0673

U. S. Attorney
600 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta GA 30303-3315

Jorge Jesus Vallejos
2243 Bedstone Dr
Buford, GA 30518-2287

Wells Fargo
Po Box 14517
Des Moines, IA 50306-3517

Wells Fargo Bank
Po Box 14517
Des Moines, IA 50306-3517

Wells Fargo Bank Nv Na
Po Box 94435
Albuquerque, NM 87199-4435

Wells Fargo Bank, N.A.
PO Box 10438
Des Moines, IA    50306-0438

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Wfdillards
Po Box 14517
Des Moines, IA 50306-3517

Nancy J. Whaley
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303-1216


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


American Honda Finance
Po Box 1027
Alpharetta, GA 30009

(d)American Honda Finance Corporation
National Bankruptcy Center
P.O. Box 168088
Irving, TX 75016-8088

Bk Of Amer
Po Box 982238
El Paso, TX 79998

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

Ford Cbna
50 Northwest Point Road
Elk Grove Village, IL 60007

Georgia Department of Revenue
1800 Century Blvd
Suite 17200
Atlanta, GA 30345

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

(d)Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(d)Wells Fargo Bank, N.A.
PO Box 10438
Des Moines, IA 50306-0438

End of Label Matrix
Mailable recipients    46
Bypassed recipients     3
Total                  49