**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

IN RE:

| | | |
|---|---|---|
| JORGE JESUS VALLEJOS | : | CHAPTER 13 |
| DORA BERNARDITA CABRERA | : | |
| | : | |
| Debtors. | : | CASE NO.: 17-55484-WLH |
| | : | |

**NOTICE RESCHEDULING HEARING**

**PLEASE TAKE NOTICE** that on March 27, 2018 JORGE JESUS VALLEJOS and DORA BERNARDITA CABRERA filed a Post Confirmation Modification of Plan (Doc. No. 39) (the "Post Mod") and related papers with the Court seeking an Order on the Post Confirmation Modification of Plan.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Post Mod in Courtroom 1403, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303 at 2:00 P.M. on May 16, 2018.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your view, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: April 25, 2018

/s/
Howard Slomka, Esq.
Georgia Bar # 652875
Slipakoff & Slomka, PC

Attorney for Debtor
2859 Paces Ferry Rd, SE, Suite 1700
Atlanta, GA 30339

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE:

| | |
|---|---|
| JORGE JESUS VALLEJOS | CHAPTER 13 |
| DORA BERNARDITA CABRERA | |
| Debtors. | CASE NO.: 17-55484-WLH |

## CERTIFICATE OF SERVICE

I, Howard Slomka, attorney for Debtor, certify that the below listed parties and the attached service list have been served with a true and correct copy of the attached pleadings by placing a copy of same in a properly addressed envelope with adequate postage thereon and deposited in the United States Mail.

Nancy J. Whaley, 13 Trustee (served via ECF)
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

Jorge Jesus Vallejos and Dora Bernardita Cabrera
2243 Bedstone Dr
Buford, GA 30518


SEE ATTACHED FOR ADDITIONAL CREDITORS


Dated: April 25, 2018

      /s/
Howard Slomka, Esq.
Georgia Bar # 652875
Slipakoff & Slomka, PC
Attorney for Debtor
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339

```
Label Matrix for local noticing          Access Management Group              American Express Bank, FSB
113E-1                                   1100 Northmeadow Pkwy                c/o Becket and Lee LLP
Case 17-55484-wlh                        Suite 114                            PO Box 3001
Northern District of Georgia             Roswell, GA 30076-3871               Malvern PA 19355-0701
Atlanta
Wed Apr 25 09:26:07 EDT 2018

(p)AMERICAN HONDA FINANCE                Amex                                 Bank of America, N.A.
P O BOX 168088                           P.o. Box 981537                      P O Box 982284
IRVING TX 75016-8088                     El Paso, TX 79998-1537               El Paso, TX 79998-2284


(p)BANK OF AMERICA                       Dora Bernardita Cabrera              (p)CAPITAL ONE
PO BOX 982238                            2243 Bedstone Dr                     PO BOX 30285
EL PASO TX 79998-2238                    Buford, GA 30518-2287                SALT LAKE CITY UT 84130-0285



Capital One, N.A.                        Carrington Mortgage Se               Carrington Mortgage Services, LLC
c/o Becket and Lee LLP                   1600 S Douglass Rd Ste 2             1600 South Douglass Road
PO Box 3001                              Anaheim, CA 92806-5951               Anaheim, CA 92806-5951
Malvern PA 19355-0701


Carrington Mortgage Services, LLC, its assig    Chase Card                    Citi
c/o Prober & Raphael, A Law Corp.               Po Box 15298                  Po Box 6241
20750 Ventura Blvd., Suite 100                  Wilmington, DE 19850-5298     Sioux Falls, SD 57117-6241
Woodland Hills, CA 91364-6207


(p)CITIBANK                              (p)GEORGIA DEPARTMENT OF REVENUE     IRS
PO BOX 790034                            COMPLIANCE DIVISION                  401 W Peachtree St, NW
ST LOUIS MO 63179-0034                   ARCS BANKRUPTCY                      Stop: 334-D
                                         1800 CENTURY BLVD NE SUITE 9100      Atlanta, GA 30308-3539
                                         ATLANTA GA 30345-3202

Internal Revenue Service                 Kohls/capone                         LVNV Funding, LLC its successors and assigns
PO Box 7346                              N56 W 17000 Ridgewood Dr             assignee of Citibank, N.A.
Philadelphia, PA 19101-7346              Menomonee Falls, WI 53051-7096       Resurgent Capital Services
                                                                              PO Box 10587
                                                                              Greenville, SC 29603-0587

Midland Funding, LLC                     Nationwide Credit, Inc.              Ntb/cbna
Midland Credit Management, Inc. as       PO Box 26314                         Po Box 6497
agent for Midland Funding, LLC           Lehigh Valley, PA 18002-6314         Sioux Falls, SD 57117-6497
PO Box 2011
Warren, MI 48090-2011

PRA Receivables Management, LLC          (p)PORTFOLIO RECOVERY ASSOCIATES LLC    Dean R. Prober
PO Box 41021                             PO BOX 41067                            Prober & Raphael, A Law Corporation
Norfolk, VA 23541-1021                   NORFOLK VA 23541-1067                   Suite 100
                                                                                 20750 Ventura Blvd.
                                                                                 Woodland Hills, CA 91364-6207

Quantum3 Group LLC as agent for          Howard P. Slomka                     Syncb/belk
MOMA Funding LLC                         Slipakoff & Slomka, PC               Po Box 965028
PO Box 788                               Overlook III - Suite 1700            Orlando, FL 32896-5028
Kirkland, WA  98083-0788                 2859 Paces Ferry Rd, SE
                                         Atlanta, GA 30339-6213
```

```
Syncb/brandsmart                    Syncb/care Credit                   Syncb/hh Gregg
C/o Po Box 965036                   950 Forrer Blvd                     C/o Po Box 965036
Orlando, FL 32896-0001              Kettering, OH 45420-1469            Orlando, FL 32896-0001


Syncb/jc Penney Dc                  Syncb/lowes                         Synchrony Bank
Po Box 965007                       Po Box 956005                       c/o PRA Receivables Management, LLC
Orlando, FL 32896-5007              Orlando, FL 32896-0001              PO Box 41021
                                                                        Norfolk, VA 23541-1021


TD Bank USA, N.A.                   Td Bank Usa/targetcred              U. S. Attorney
C O WEINSTEIN & RILEY, PS           Po Box 673                          600 Richard B. Russell Bldg.
2001 WESTERN AVENUE, STE 400        Minneapolis, MN 55440-0673          75 Ted Turner Drive, SW
SEATTLE, WA 98121-3132                                                  Atlanta GA 30303-3315


Jorge Jesus Vallejos                Wells Fargo                         Wells Fargo Bank
2243 Bedstone Dr                    Po Box 14517                        Po Box 14517
Buford, GA 30518-2287               Des Moines, IA 50306-3517           Des Moines, IA 50306-3517


Wells Fargo Bank Nv Na              Wells Fargo Bank, N.A.              Wells Fargo Bank, N.A.
Po Box 94435                        PO Box 10438                        Wells Fargo Card Services
Albuquerque, NM 87199-4435          Des Moines,  IA   50306-0438        PO Box 10438, MAC F8235-02F
                                                                        Des Moines, IA 50306-0438


Wfdillards                          Nancy J. Whaley                     Ryan J. Williams
Po Box 14517                        Nancy J. Whaley, Standing Ch. 13 Trustee   Nancy J. Whaley
Des Moines, IA 50306-3517           303 Peachtree Center Avenue         Standing Chapter 13 Trustee
                                    Suite 120, Suntrust Garden Plaza   303 Peachtree Center Avenue
                                    Atlanta, GA 30303-1216              Suite 120
                                                                        Atlanta, GA 30303-1286
```

               The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
               by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
American Honda Finance              (d)American Honda Finance Corporation    Bk Of Amer
Po Box 1027                         National Bankruptcy Center               Po Box 982238
Alpharetta, GA 30009                P.O. Box 168088                          El Paso, TX 79998
                                    Irving, TX 75016-8088


Capital One Bank Usa N              Ford Cbna                           Georgia Department of Revenue
15000 Capital One Dr                50 Northwest Point Road             1800 Century Blvd
Richmond, VA 23238                  Elk Grove Village, IL 60007         Suite 17200
                                                                        Atlanta, GA 30345


Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

(d)Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(d)Wells Fargo Bank, N.A.
PO Box 10438
Des Moines, IA 50306-0438


End of Label Matrix
Mailable recipients    47
Bypassed recipients     3
Total                  50