**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:

| | | |
|---|---|---|
| JORGE JESUS VALLEJOS | : | CHAPTER 13 |
| DORA BERNARDITA CABRERA | : | |
| | : | |
| Debtors. | : | CASE NO.: 17-55484-WLH |

========================================================================

**SUGGESTION OF DEATH**

Comes now, counsel for Debtors and files this Suggestion of Death.

JORGE JESUS VALLEJOS died on January 1, 2021.

Submitted by:

____/s/_____
Howard P. Slomka, Esq.
Georgia Bar No. 652875
Slipakoff & Slomka, PC
6400 Powers Ferry Road, Suite 391
Atlanta, GA 30339
Attorney for the Debtor