**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 13 |
| DORA BERNARDITA CABRERA | : | |
| | : | |
| Debtor. | : | CASE NO.: 17-55484-WLH |

=================================================================

| | |
|---|---|
| DORA BERNARDITA CABRERA, ) | |
| ) | |
| Objector. ) | |
| ) | CONTESTED MATTER |
| vs. ) | |
| ) | (Objection to Claim) |
| Quantum3 Group LLC as agent for ) | |
| MOMA Funding LLC. ) | |
| ) | |
| Claimant. ) | |

=================================================================

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that DORA BERNARDITA CABRERA, Debtor/Objector has filed an Objection to Filed Proof of Claim of

> Quantum3 Group LLC as agent for MOMA Funding LLC – Claim No. 7-1 in the amount of $1,432.74, and Claim 8-1 in the amount of $522.45

and related papers with the Court seeking an order Disallowing the claim.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion in Courtroom 1403, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303 at **10:20 a.m. on August 25, 2021.**

**\*Given the current public health crisis, hearings may be telephonic only.  Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB website prior to the hearing for instructions on whether to appear in person or by phone.**

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least three business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: July 6, 2021

_____/s/_____
Howard Slomka, Esq.
Georgia Bar # 652875
Slipakoff & Slomka, PC
Attorney for Debtor
6400 Powers Ferry Road, NW
Suite 391
Atlanta, GA 30339
404-800-4001
HS@ATL.law

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 13 |
| DORA BERNARDITA CABRERA | : | |
| | : | |
| Debtor. | : | CASE NO.: 17-55484-WLH |

===================================================================

| | | |
|---|---|---|
| DORA BERNARDITA CABRERA, | ) | |
| | ) | |
| Objector. | ) | |
| | ) | CONTESTED MATTER |
| vs. | ) | |
| | ) | (Objection to Claim) |
| Quantum3 Group LLC as agent for | ) | |
| MOMA Funding LLC. | ) | |
| | ) | |
| Claimant. | ) | |

================================================================

**OBJECTION TO CLAIM 7-1 AND 8-1
DUE TO DISMISSAL OF DECEASED HUSBAND CO-DEBTOR**

COMES NOW Debtor and hereby objects to the Proof of Claim filed by the above shown "Claimant" in this Chapter 13 Case and show this Honorable Court the following:

1. This case was commenced on March 27, 2017 with the filing of a Voluntary Petition for relief in Bankruptcy under Chapter 13 of Title 11 of the United States Code by two married co-debtors.

2. On June 24, 2021 (Doc No. 55) the Court dismissed the case of co-debtor Jorge Jesus Vallejos ("Husband") because Husband passed away during the pendency of the case. Debtor Dora Bernadita Cabrera ("Wife") remains the sole Debtor in the case.

3. Wife files this Objection, as part of a series of related concurrent objections, to object to all claims by creditors who hold claims only against Husband and have no direct claim against Wife.

4. The claims in question are shown on **Exhibit A** attached hereto (the "Claims Chart").

5. Claimant holds Claim 7-1 and 8-1 as shown on the Claims Chart (the "Claim").

6. Pursuant to the terms of the Claim, Claimant holds an account solely in the name of Husband and no funds are owed or due from Wife to Claimant pursuant to the Claim.

7. Since Wife was not a signatory to the account and the Claim was incurred by Husband, the Court should disallow the Claim in its entirety.

WHEREFORE, Debtor prays:

(a) that this Court disallow Claim 7-1 and 8-1 of Claimant; and

(b) for such other and further relief as this Court may deem necessary and proper;

This 6th day of July, 2021

Respectfully submitted,

____/s_____
Howard Slomka, Esq.
Georgia Bar # 652875
Slipakoff & Slomka, PC
Attorney for Debtor
6400 Powers Ferry Road, NW
Suite 391
Atlanta, GA 30339
404-800-4001
HS@ATL.law

# EXHIBIT A

**DORA CABRERA**  Case 17-55484

Chart of Filed Claims Owed by Deceased Co-Debtor JORGE VALLEJOS
Debtor is OBJECTING to the claims below:

| POC | Creditor | Amount |
|---|---|---|
| 5-1 | American Express Bank<br>c/o Beckett and Lee LLP<br>PO Box 3001<br>Malvern, PA  19355-0701 | $ 627.25 |
| 7-1 | Quantum 3 Group<br>MOMA Funding<br>PO Box 788<br>Kirkland WA 98083-0788 | $ 1,432.74 |
| 8-1 | Quantum 3 Group<br>MOMA Funding<br>PO Box 788<br>Kirkland WA 98083-0788 | $ 522.45 |
| 12-1 | Bank of America<br>PO Box 982284<br>El Paso, TX 79998-2238 | $ 2,460.05 |
| 14-1 | LVNV Funding, assignee for Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $ 3,109.10 |
| 16-1 | LVNV Funding, assignee for Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $ 3,352.17 |
| 20-2 | Midland Funding, LLC<br>PO Box 2011<br>Warren, MI 48090 | $ 2,642.96 |

| | | |
|---|---|---|
| 25-1 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | $ 3,759.29 |
| **TOTAL CLAIM VALUE OBJECTED TO BY DEBTOR:** | | **$ 17,906.01** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 13 |
| DORA BERNARDITA CABRERA | : | |
| | : | |
| Debtor. | : | CASE NO.: 17-55484-WLH |

===============================================================

| | |
|---|---|
| DORA BERNARDITA CABRERA, ) | |
| ) | |
| Objector. ) | |
| ) | CONTESTED MATTER |
| vs. ) | |
| ) | (Objection to Claim) |
| Quantum3 Group LLC as agent for ) | |
| MOMA Funding LLC. ) | |
| ) | |
| Claimant. ) | |

===============================================================

## CERTIFICATE OF SERVICE

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the Objection to Proof of Claim and Notice of Hearing upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery and via ECF and electronic mail as noted:

Nancy J. Whaley (served via ECF)
Chapter 13 Trustee
3030 Peachtree Center Avenue NE, Suite 120
Atlanta, GA 30303

Quantum 3 Group
MOMA Funding
PO Box 788
Kirkland WA 98083-0788
CLAIMS@Quantum3group.com

This 6th day of July, 2021

\_\_\_\_/s_____
Howard Slomka, Esq.
Georgia Bar # 652875
Slipakoff & Slomka, PC
Attorney for Debtor
6400 Powers Ferry Road, NW
Suite 391
Atlanta, GA 30339
404-800-4001
HS@ATL.law