**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 13 |
| DORA BERNARDITA CABRERA | : | |
| | : | |
| Debtor. | : | CASE NO.: 17-55484-WLH |

================================================================

| | |
|---|---|
| DORA BERNARDITA CABRERA, ) | |
| ) | |
| Objector. ) | |
| ) | CONTESTED MATTER |
| vs. ) | |
| ) | (Objection to Claim) |
| Bank of America, NA ) | |
| ) | |
| Claimant. ) | |

================================================================

**SECOND AMENDED NOTICE OF HEARING**

**(Amended only as to dial in procedures, as shown below)**

**PLEASE TAKE NOTICE** that DORA BERNARDITA CABRERA, Debtor/Objector has filed an Objection to Filed Proof of Claim of

BANK OF AMERICA, NA – Claim No. 12-1 in the amount of $2,460.05

and related papers with the Court seeking an order Disallowing the claim.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion in Courtroom 1403, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303 at **10:20 a.m. on September 29, 2021.**

**This matter will be called telephonically; if the matter is to be heard by the Judge, it will be heard at 1:30 PM and the parties may appear in person or on video.**

**Please check the Judge's website under the "Hearing Information" tab for more information.**

Your rights may be affected by the Court's ruling on these pleadings.  You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least three business days before the hearing.  The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.  You must also mail a copy of your response to the undersigned at the address stated below.

Dated: August 25, 2021
_____/s/_____
Howard Slomka, Esq.
Georgia Bar # 652875
Slipakoff & Slomka, PC
Attorney for Debtor
6400 Powers Ferry Road, NW
Suite 391
Atlanta, GA 30339
404-800-4001
HS@ATL.law

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 13 |
| DORA BERNARDITA CABRERA | : | |
| | : | |
| Debtor. | : | CASE NO.: 17-55484-WLH |

================================================================

| | |
|---|---|
| DORA BERNARDITA CABRERA, ) | |
| ) | |
| Objector. ) | |
| ) | CONTESTED MATTER |
| vs. ) | |
| ) | (Objection to Claim) |
| Bank of America, NA ) | |
| ) | |
| Claimant. ) | |

================================================================

**CERTIFICATE OF SERVICE**

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the SECOND AMENDED Notice of Hearing and the Objection to Claim 12-1 upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery and via ECF and electronic mail as noted:

Nancy J. Whaley (served via ECF)
Chapter 13 Trustee
3030 Peachtree Center Avenue NE, Suite 120
Atlanta, GA 30303

Harold E. Kyle, Jr.
Bank of America
PO Box 982284
El Paso, TX 79998-2238
Card_Bankruptcy_POC@bankofamerica.com

This August 25, 2021

_____/s_____

Howard Slomka, Esq.
Georgia Bar # 652875
Slipakoff & Slomka, PC
Attorney for Debtor
6400 Powers Ferry Road, NW
Suite 391
Atlanta, GA 30339
404-800-4001
HS@ATL.law